IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| CESAR SANCHEZ, | : : : | Civ. No. 20-18923 (RMB) |
| Petitioner | : : |  |
| v. | : : | **OPINION** |
| DAVID E. ORTIZ, | : : : |  |
| Respondent | : : : |  |

This matter comes before the Court upon Respondent's notice of Petitioner's release from FCI Fort Dix on February 24, 2022. (Docket No. 3.) Petitioner has not advised this Court of his forwarding address.

I. DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address[es] within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule. *See Archie v. Dept. of Corr.*, Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases). Petitioner has been released from FCI Fort Dix and has not provided this Court with his forwarding address. It is unclear whether Petitioner wishes to continue with his habeas challenge to his prison disciplinary proceeding.

## II.     CONCLUSION

The Court will dismiss the habeas petition without prejudice pursuant to Local Civil Rule 10.1(a), subject to reopening upon good cause shown, with Plaintiff's notice of his new address.

An appropriate order follows.

**Dated:** <u>July 14, 2022</u>

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**
